

FILED & JUDGMENT ENTERED
David E. Weich

Jul 22 2010

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_____
J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN RE:                                        )
                                              )
ENDLESS OPPORTUNITIES, LLC                    )    Case No: 06-31129
                                              )    Chapter 7
                                              )
                                              )
            Debtor(s)                         )

## ORDER TO DEPOSIT FUNDS WITH THE COURT

**THIS CAUSE** coming on to be heard and being heard before the undersigned United States Bankruptcy Judge, and it appearing that there is now $ 6603.00 in the trustee's account which was disbursed to claimants listed below at the addresses listed below; however, the checks having been returned to the trustee unpaid with no explanation, and it being in the best interest of the estate for this amount to be paid into the court pursuant to 28 U.S.C. § 2042;

| Claimant Names & Addresses | Amount |
|---|---|
| Waste Management-RMC<br>2421 W Peoria Ave Suite 110<br>Phoenix, AZ 85029 | $31.54 |
| NCB, FSB<br>Attn: David Schallich<br>1725 Eye St NW Suite 600<br>Washington, DC 20006-2406 | $6,571.46 |

It is therefore, **ORDERED** that the sum of $__6603.00____, representing funds unclaimed by the above referenced claimants, be paid into the court and disposed of pursuant to 28 U.S.C. § 2042.

This Order has been signed electronically.  The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court